Yaman Salahi (SBN 288752)
yaman@salahilaw.com
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352

*Attorneys for Plaintiff Hamood Ali Nagi*

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
CHUNG H. HAN (Cal. Bar No. 191757)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    E-mail: Chung.Han@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HAMOOD ALI NAGI,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO RUBIO, U.S. SECRETARY OF STATE, IN HIS OFFICIAL CAPACITY; AND U.S. DEPARTMENT OF STATE,<br><br>    Defendants. | Case No. 5:19-cv-01176-CAS-E<br><br>**STIPULATION OF DISMISSAL**<br><br>Honorable Christina A. Snyder<br>United States District Judge |

Plaintiff Hamood Ali Nagi ("Plaintiff") and defendants Marco Rubio, U.S. Secretary of State, in his official capacity, and U.S. Department of State ("Defendants") (together, the "Parties"), by and through their respective attorneys, have settled this action. Pursuant to the Settlement Agreement, Defendants have agreed to rely on Plaintiff's valid Certificate of Citizenship as proof of identity and citizenship, and the Department of State has issued a U.S. passport to Plaintiff consistent with that Certificate.

The Parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

Dated: March 11, 2025

Respectfully submitted,

SALAHI PC

*/s/ Yaman Salahi*
YAMAN SALAHI
*Attorney for Plaintiff Hamood Ali Nagi*

Dated: March 11, 2025

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation

*/s/ Chung H. Han*
CHUNG H. HAN
Assistant United States Attorney
Attorneys for Federal Defendants

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.